## GENERAL COURT, OCTOBER TERM, 1799.

### Boisneuf vs. Lewis.

Appeal from Frederick county court, from a judgment rendered in that court in favour of the appellee, on a petition for freedom.

The *bill of exceptions,* taken at the trial, states, that the petitioner, *(Pierre Lewis,)* claimed his freedom from having been brought into this state from the island of Saint Domingo in the year 1793. The defendant, in the court below, gave in evidence that he was a native of the island of Saint Domingo, and resided therein, and antecedently to the year 1786 went frequently from thence to France, and again returned. That it was customary with the people of fortune in that island to hold a small plantation in France. That in 1786 he went to France, and in 1787 or 1788 purchased a small plantation, and lived and resided there until the year 1793.

That in 1789 he was a member of the constituent assembly in France, being a deputy from the province of Touraine to the said constituent assembly. That in June 1795 he determined to go to Saint Domingo, and left France with that intention, but there being no safe direct conveyance to Saint Domingo, availed himself of a neutral ship bound to America, with a view to go immediately from thence to Saint Domingo. That he landed in America in August 1793, when hearing of the disturbances in the island of Saint Domingo, declined going there in consequence of those troubles, and resided in America in the state of Maryland, where he has ever since resided, and still resides. That the petitioner was the slave, in Saint Domingo, to *Pierre Payen*, the brother of the defendant, who was a native and resident of Saint Domingo, and held the said petitioner as his slave until the said *Pierre Payen's* death, which happened in January 1791, in Saint Domingo. That the defendant was appointed executor and testamentary representative of the said *Pierre Payen*, but had not taken out letters testamentary. That the defendant caused the petitioner to be brought from Saint Domingo to George-Town, in Montgomery county, in the State of Maryland, where he was landed on the 4th of November 1793; and that on the 31st of December 1793, the defendant did deliver and lodge with the clerk of Montgomery county court, a list of the slaves by him so imported, among which was the said *Pierre Lewis*, and is in the words following: (being a translation of it, the original being in the French language;) that is to say, "I the undersigned, an inhabitant of the French part of the island of Saint Domingo, at this time a resident of Frederick-Town in Maryland, and in conformity to the law of this state of the 23d of December 1792, declare, that three negro slaves, sent from Saint Domingo, arrived the 4th of November last at George-Town, in Maryland, in the vessel commanded by Capt. *Henry Dunning*, to wit: *Pierre Lewis*, aged about thirty-five; *Lambert*, aged about five years; and the negro girl *Fillette*, aged about eight years; which domestics I keep in my service, conformable to the authorisation granted me by the aforesaid law. Done at Frederick-Town, in Maryland, this 24th of December, 1793.

PAYEN BOISNEUF."

That the said *Pierre Lewis* never was used as a domestic or house slave by the defendant, before he was brought to America.

The defendant, upon the aforegoing evidence, prayed the opinion of the court, and their direction to the jury, that if they believed the evidence so stated, the said

Boisneuf
vs.
Lewis.

*Pierre Lewis,* the petitioner, was not entitled by law to his freedom.  The County Court [*Potts,* Ch. J.] was of opinion, and directed the jury, that if they believed the evidence as above stated, the petitioner was entitled to his freedom.  The defendant excepted, and prosecuted this appeal.

*Mason,* for the appellant.

J. *Dorsey,* for the appellee.

THE GENERAL COURT *affirmed* the judgment of the County Court.

By the act of 1792, *ch.* 56, it is provided, "that French emigrants from any of the *French islands,* who seek an asylum in this state, may import and keep their domestic slaves, to the number of five, if a master of a family; but if a single man, the number of three."  "That every such French emigrant who shall or may thereafter import any such slave or slaves as aforesaid, shall, within three months thereafter, deliver and lodge, with the clerk of the county into which the same shall first be first brought or imported, a list of such slaves so imported, and shall at the same time elect and notify in the said list to the said clerk, which of the said slaves he will retain as his domestic or house slaves, which list shall be recorded by the said clerk."